# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

_____

Rosalinda Edwards,              )   Civil No.12-2625 (ADM/FLN)
                                )
      Plaintiff,              )
                                )
vs.                             )
                                )   **CORPORATE DISCLOSURE**
New England Compounding         )   **STATEMENT**
Pharmacy, Inc., d/b/a New       )
England Compounding Center,     )
                                )
      Defendant               )
_____

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant New England Compounding Pharmacy, Inc., d/b/a New England Compounding Center ("NECC") submits its Disclosure Statement.

NECC does not have any parent corporation, and no publicly held corporation owns 10% of more of NECC's stock.

Dated: December 27, 2012          **BOWMAN AND BROOKE LLP**

                                        BY:   */s/ Jennifer L. Bullard*
                                        Kim M. Schmid (#1030600)
                                        Alana K. Bassin (#266589)
                                        Molly J. Given (#0387713)
                                        Jennifer L. Bullard (#0391210)
                                        150 South Fifth Street, Suite 3000
                                        Minneapolis, MN 55402
                                        Telephone:   612.672.3229
                                        Facsimile:    612.672.3200
                                        kim.schmid@bowmanandbrooke.com
                                        alana.bassin@bowmanandbrooke.com
                                        molly.given@bowmanandbrooke.com
                                        jennife.bullard@bowmanandbrooke.com

*Counsel for NEW ENGLAND COMPOUNDING
PHARMACY, INC. d/b/a New England Compounding Center*

## **CERTIFICATE OF SERVICE**

I certify that on December 27, 2012, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

**BOWMAN AND BROOKE LLP**

BY:   */s/ Jennifer L. Bullard*
Kim M. Schmid (#1030600)
Alana K. Bassin (#266589)
Molly J. Given (#0387713)
Jennifer L. Bullard (#0391210)
150 South Fifth Street, Suite 3000
Minneapolis, MN 55402
Telephone:   612.672.3229
Facsimile:    612.672.3200
kim.schmid@bowmanandbrooke.com
alana.bassin@bowmanandbrooke.com
molly.given@bowmanandbrooke.com
jennifer.bullard@bowmanandbrooke.com

*Counsel for NEW ENGLAND COMPOUNDING PHARMACY, INC. d/b/a New England Compounding Center*